# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*, ) ) ) ) | |
| Plaintiffs, ) | Civ. No. 16-259 (BAH) |
| ) v. ) ) | |
| ) | RESPONSE TO MOTION |
| FEDERAL ELECTION COMMISSION, ) ) | |
| Defendant. ) ) | |

### FEDERAL ELECTION COMMISSION'S RESPONSE TO CROSSROADS GRASSROOTS POLICY STRATEGIES' MOTION TO INTERVENE

Defendant Federal Election Commission hereby notifies the Court that it consents to the motion to intervene filed by Crossroads Grassroots Policy Strategies (Doc. No. 8).

Respectfully submitted,

| | |
|---|---|
| Daniel A. Petalas (D.C. Bar No. 467908) Acting General Counsel dpetalas@fec.gov | Harry J. Summers Assistant General Counsel hsummers@fec.gov |
| Lisa J. Stevenson (D.C. Bar No. 457628) Deputy General Counsel – Law lstevenson@fec.gov | /s/ *Seth Nesin* Seth Nesin Attorney snesin@fec.gov |
| Kevin Deeley Acting Associate General Counsel kdeeley@fec.gov | FOR THE DEFENDANT FEDERAL ELECTION COMMISSION 999 E Street NW |
| April 26, 2016 | Washington, DC  20463 (202) 694-1650 |