UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant,<br><br>CROSSROADS GRASSROOTS POLICY STRATEGIES,<br><br>    Intervenor-Defendant. | Civil Action No. 16-0259 (BAH) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Motion for Summary Judgment, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, ECF No. __, is GRANTED for the reasons stated therein; and it is further

**ORDERED** that 11 C.F.R. § 109.10(e)(1)(vi), promulgated by the FEC, is declared to be invalid, arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law and in excess of the Commission's statutory jurisdiction, authority, or limitations; and it is further

**ORDERED** that (1) the failure of the FEC to find reason to believe that Crossroads GPS, Steven Law, Karl Rove, Haley Barbour, and Caleb Crosby violated the Federal Election Campaign Act by (a) failing to disclose contributors as required by 52 U.S.C. § 30104(c)(1) and (b) failing to disclose contributors as required by 52 U.S.C. § 30104(c)(2)(C) and that (2) the

FEC's dismissal of the Plaintiffs' complaint against Crossroads GPS, Steven Law, Karl Rove, Haley Barbour, and Caleb Crosby is declared arbitrary, capricious, an abuse of discretion, and contrary to law; and it is further

**ORDERED** that the FEC shall, within thirty (30) days from the date of this ORDER, conform with this declaration.

**SO ORDERED.**

ENTERED this \_\_\_\_\_ day of _____, 2017.

HON. BERYL A. HOWELL
Chief Judge

**NOTICE OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Civil Rule 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the proposed order's entry.

Lisa J. Stevenson
Kevin Deeley
Harry Jacobs Summers
Seth E. Nesin
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463

Thomas Wesley Kirby
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006

Stuart C. McPhail
Adam J. Rappaport
CITIZENS FOR RESPONSIBILITY AND
    ETHICS IN WASHINGTON
455 Massachusetts Ave., N.W., Sixth Floor
Washington, D.C. 20001