UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant, <br><br> and <br><br> CROSSROADS GRASSROOTS POLICY STRATEGIES, <br><br> Defendant–Intervenor | Civil Action No. 16-259 (BAH) <br><br> Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of the plaintiffs' Motion for Summary Judgment, ECF No. 27; the defendant Federal Election Commission's Cross-Motion for Summary Judgment, ECF No. 30; and the defendant-intervenor Crossroads GPS's Cross-Motion for Summary Judgment, ECF No. 28; the memoranda submitted in support and opposition; the certified administrative record and portions thereof submitted in the Joint Appendix, ECF Nos. 25, 26, 38; and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that the defendant Federal Election Commission's dismissal of the plaintiffs' amended administrative complaint, dated April 24, 2013, is declared contrary to law and is hereby **VACATED**; and it is further

**ORDERED** that the Federal Election Commission is directed to reconsider the plaintiffs' amended administrative complaint, dated April 24, 2013, in conformity with this Memorandum Opinion, within 30 days, pursuant to 52 U.S.C. § 30109(a)(8)(C); and it is further

**ORDERED** that 11 C.F.R. § 109.10(e)(1)(vi), promulgated by the Federal Election Commission, is declared to be invalid and otherwise not in accordance with law, and is **VACATED**, which vacatur is **STAYED** for 45 days from the date of this ORDER; and it is further

**ORDERED** that the Cross-Motions of the defendant Federal Election Commission and defendant-intervenor Crossroads GPS are **DENIED**.

**SO ORDERED.**

Date: August 3, 2018

*This is a final and appealable order.*

_____
BERYL A. HOWELL
Chief Judge