UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 16-259 (BAH) |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | |
| Defendant, | ) ) | |
| CROSSROADS GRASSROOTS POLICY STRATEGIES, | ) ) ) | RESPONSE TO MOTIONS |
| Intervenor-Defendant. | ) ) ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S
RESPONSE TO MOTIONS OF CROSSROADS GRASSROOTS POLICY STRATEGIES
FOR A STAY PENDING APPEAL AND FOR EXPEDITED BRIEFING**

Defendant Federal Election Commission ("Commission" or "FEC") takes no position on the motions of intervenor-defendant Crossroads Grassroots Policy Strategies ("Crossroads GPS") for a stay pending appeal (Docket No. 45) and for expedited briefing on that motion (Docket No. 46). However, the Commission wishes to notify the Court that on August 28, 2018, the Commission reconsidered the administrative complaint filed by plaintiff Citizens for Responsibility and Ethics in Washington, in light of this Court's remand order dated August 3, 2018 (Docket No. 42). *See* https://www.fec.gov/data/legal/matter-under-review/6696R/. The Commissioners were equally divided on whether to find reason to believe that Crossroads GPS violated 52 U.S.C. §§ 30104(c)(1) and (2) and on whether to approve the Office of General Counsel's recommendation to dismiss on the basis of prosecutorial discretion. *See* https://www.fec.gov/files/legal/murs/6696/6696R_3.pdf. The Commission subsequently voted

unanimously to close its file in this matter.  *Id.*  As a result, the portion of the pending motion by Crossroads GPS that seeks a stay pending appeal of the Court's order regarding the underlying administrative complaint in this matter is moot.

|  | Respectfully submitted, |
|---|---|
| Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel<br>lstevenson@fec.gov | /s/ *Seth Nesin*<br>Seth Nesin<br>Attorney<br>snesin@fec.gov |
| Kevin Deeley<br>Associate General Counsel<br>kdeeley@fec.gov | COUNSEL FOR DEFENDANT<br>FEDERAL ELECTION COMMISSION<br>1050 First Street N.E. |
| Harry J. Summers<br>Assistant General Counsel<br>hsummers@fec.gov | Washington, DC 20463<br>(202) 694-1650<br><br>August 29, 2018 |